**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
|     **BRIDGET RIPPERDAN,** | ) | **CASE NO. 10-24787** |
| | ) | **CHAPTER 13** |
|     Debtor. | ) | |

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

MAY THE COURT TAKE NOTE that on 5 August 2014, the undersigned caused to be filed with the Clerk of the U.S. Bankruptcy Court a **NOTICE OF DEBTOR'S CHANGE OF NAME & ADDRESS**, as the name and mailing address of the Debtor is not as it appears on the Schedules.

The Debtor's current address is:

    Bridget Ripperdan
    5241 Central Ave.
    Portage, IN 46368

    Respectfully submitted,

    */s/ Daniel W. Matern*
    Daniel W. Matern, Esq.
    Law Offices of Jason R. Moseley
    1559 E. 85th Avenue
    Merrillville, IN 46410